State v. Woodward; In re Ashley

STATE OF NORTH CAROLINA v. STANLEY GORDON
WOODWARD, JR.

No. 754SC128

(Filed 7 May 1975)

APPEAL by defendant from *Fountain, Judge*. Judgment entered 17 September 1974 in Superior Court, ONSLOW County. Heard in the Court of Appeals 16 April 1975.

Defendant was tried upon separate bills of indictment charging him with (1) unlawful possession of the controlled substance cocaine with intent to sell and deliver same and (2) the unlawful sale and delivery of the controlled substance cocaine. He pleaded not guilty to the charges. The jury found defendant guilty of both charges, and from judgment imposing prison sentences, defendant appealed.

*Attorney General Edmisten, by Assistant Attorney General Robert G. Webb, for the State.*

*Edward G. Bailey, for defendant appellant.*

MARTIN, Judge.

Defendant presents the record for review for possible errors. We have carefully reviewed the record and find that defendant had a fair trial which was free of prejudicial error.

No error.

Judges BRITT and HEDRICK concur.

---

IN THE MATTER OF: THE LAST WILL AND TESTAMENT AND
FIRST CODICIL OF SALLIE B. ASHLEY

No. 7521SC141

(Filed 7 May 1975)

APPEAL by respondent, North Carolina Baptist Homes, Inc., from *Walker, Judge*. Order entered 9 January 1975 in Superior Court, FORSYTH County. Heard in the Court of Appeals 16 April 1975.